# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kellee Rae Cogger,  Civ. No. 15-cv-4291 (ADM/BRT)

      Plaintiff,

v.

Carolyn W. Colvin,  **ORDER**
Acting Commissioner of
Social Security,

      Defendant.

Carol L. Lewis, Esq., counsel for Plaintiff.

Pamela A. Marentette, Esq., Assistant United States Attorney, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated January 10, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Motion for Summary Judgment (Doc. No. 15) is **DENIED**;

    2.    Defendant's Motion for Summary Judgment (Doc. No. 20) is **GRANTED**; and

3. This action is **DISMISSED WITH PREJUDICE AND ON THE MERITS**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 30, 2017                              s/Ann D. Montgomery
                                                    ANN D. MONTGOMERY
                                                    United States District Court Judge